UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sujata Pandya,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>Property and Casualty Insurance Company of Hartford,<br><br>　　　　　　　　　　　Defendant. | 2:25-cv-2703<br>(NJC) (JMW) |

**ORDER**

NUSRAT J. CHOUDHURY, United States District Judge:

　　The Court has been advised that all claims asserted herein have been settled in principle. (ECF No. 11.) The above-entitled action is therefore DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

　　To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

　　Any pending motions are dismissed as moot. All conferences are cancelled. The Clerk of Court is directed to close the case.

Dated:　Central Islip, New York
　　　　June 25, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Nusrat J. Choudhury*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NUSRAT J. CHOUDHURY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge